UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:09-bk-12497-CED
Chapter 13

Nadia Samaria,

　　　　Debtor.
_____/

**ORDER DENYING DEBTOR'S VERIFIED MOTION TO STRIP LIEN
OF HSBC/MS AND FOR DETERMINATION THAT CLAIM IS UNSECURED**

THIS CASE came on for consideration of the Debtor's *Verified Motion to Strip Lien of HSBC/MS and for Determination That Claim Is Unsecured* (Doc. No. 21) (the "Motion"). The Court has reviewed the Motion and finds that the Motion is deficient for the following reasons:

(a)　the Motion does not provide the loan number (formatted as XXXX1234) and recording information of the mortgage lien affected by the Motion; and

(b)　the Negative Notice legend directs objections to be filed with the Clerk of Court of the Orlando Division instead of the Tampa Division.

Accordingly, it is

**ORDERED** that the Motion is DENIED without prejudice.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on _____August 18, 2009_____.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Caryl E. Delano
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

CED