UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  CASE NO: 8:09-bk-12497
 Chapter 13

NADIA SAMARIA,
    Debtor(s).
_____/

### 3001(c) OBJECTION TO CLAIM #7 OF CREDITOR, LVNV FUNDING LLC

**Notice of Opportunity to Object and for Hearing**

Pursuant to Local Rule 2002-4(b)(3)(ii), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with: the Clerk of the Bankruptcy Court at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602, and serve a copy of the same on Debtor(s), Nadia Samaria, 4520 Kennewick Place, Riverview, FL 33569; Debtor's attorney L. Todd Budgen, P.O. Box 3229, Orlando, FL 32802-3229; and upon the Chapter 13 Trustee, Terry E. Smith, Post Office Box 6099, Sun City Center, Florida 33571.

    If you serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper and will proceed to consider the paper without further notice or hearing and may grant the relief requested.

    COMES NOW the Debtor(s), NADIA SAMARIA, by and through her undersigned counsel, and files this Objection to the claim of Creditor, LVNV FUNDING LLC and as grounds therefore would state as follows:

1. The debtor(s) filed bankruptcy June 14, 2009.

2. Creditor, LVNV Funding LLC, filed a general unsecured claim #7 on October 26, 2009 in the amount of $3,445.02.

3. Federal Rule of Bankruptcy Procedure 3001(c) requires that "when a claim, or an interest in property of the debtor securing the claim, is based on a writing, the original or a duplicate shall be filed with the proof of claim. If the writing has been lost or damaged, a statement of the circumstances of the loss or

   destruction shall be filed with the claim." The requirements of Rule 3001(c) are mandatory ("shall be filed . . . .").

4. The creditor's claim is based on a writing, and the documents, if any, attached to the proof of claim do not include the original or a copy of such writing, or a statement of the circumstances of the loss or destruction, if any, of the writing. Therefore, the claim should be disallowed pursuant to 11 U.S.C. Section 502(b)(1), because the claim, as filed, is "unenforceable against the debtor and property of the debtor, under any agreement or applicable law . . . ."

5. Consequently, the claim should be entirely disallowed unless it is amended not later than 30 days after service of this objection such that the amended claim complies with the requirements of Rule 3001(c).

6. Debtors object to the filing of said claim on the basis that the proof of claim was not supported by any written documents, notes, credit applications, account statements or any other type of written or printed documents. Rule 3001(c) of the Bankruptcy rules provides when a claim is based on a writing the "original or duplicate **shall** be filed with the proof of claim". The claim filed by LVNV Funding LLC in the case is fatally defective for failure to comply with this mandatory rule.

WHEREFORE, Debtor(s), NADIA SAMARIA, by and through her undersigned attorney, requests an order sustaining this objection and disallowing claim #7 because there is no documentation of the debt.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States First Class Mail, postage pre-paid or electronic transmission, this 9th day of November, 2009 to Terry E. Smith, Trustee, P.O. Box 6099, Sun City Center, FL 33571; Nadia Samaria, 4520 Kennewick Place, Riverview, FL 33569; and LVNV Funding LLC, c/o Resurgent Capital Services, Attn: Joyce Montjoy, P.O. Box 10587, Greenville, SC 29603-0587.

/s/ L. Todd Budgen

L. Todd Budgen
Florida Bar No. 0296960
P.O. Box 3229
Orlando, FL 32802-3229
Phone: (407) 313-1115
Fax: (407) 313-1119
Attorney for Debtor