UNITED STATES BANRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

NADIA SAMARIA,

Debtor(s).

_____/

Case No. 8:09-bk-12497

Chapter 13

## ORDER SUSTAINING OBJECTION TO CLAIM #7 OF CREDITOR LVNV FUNDING LLC

This cause came before this Court on the Debtor's Objection to Creditor LVNV Funding LLC (Claim #7, Docket Entry #35). Creditor LVNV Finding LLC has failed to obtain prima facie validity for its claim due to its failure to attach adequate supporting documentation as required under Fed.R.Bankr.p. 3001. See In re Sandifer, 318 B.R. 609 (Bankr.M.D.Fla., 2004). Accordingly, it is

ORDERED

1. The Debtor's Objection to Claim No. 7 of Creditor LVNV Funding LLC is sustained.

2. The claim is disallowed; Creditor LVNV Funding LLC ~~failed to file an amended proof of claim within the time permitted.~~ may file an amended proof of claim within 30 days of the date of this order.

DONE AND ORDERED this  12/21/09

_____
CARYL E. DELANO
United States Bankruptcy Judge

Copies furnished to:
Debtor: Nadia Samaria, 4520 Kennewick Place, Riverview, FL 33569
Debtor's Attorney: L. Todd Budgen, P.O. Box 3229, Orlando, FL 32802-3229.
Trustee: Terry E. Smith, Post Office Box 6099, Sun City Center, FL 33571.
Creditor: LVNV Funding, c/o Resurgent Capital Services, Attn: Joyce Montjoy, P.O. Box 10587, Greenville, SC 29603-0587